IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN M. BYAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL P. GORDON | : | NO. 12-4257 |

# ORDER

AND NOW, this 6 day of August, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Maureen M. Byam, #OQ-6325, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $23.85 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Cambridge Springs or at any other prison at which plaintiff may be incarcerated is directed to deduct $23.85 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 12-4257. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Cambridge Springs or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund

account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 12-4257.

3. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

4. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Cambridge Springs.

5. This case shall be marked CLOSED.

BY THE COURT:

/s/ P. Adams

EDUARDO C. ROBRENO, J.